FILED

JUL 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LORENZO SEGURA, | No. 11-16636 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-02137-SPG |
| v. | |
| T. FELKER; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Susan P. Graber, Circuit Judge, Presiding[**]

Submitted June 26, 2012[***]

Before:     SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

California state prisoner Lorenzo Segura appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action alleging denial of access

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Susan P. Graber, United States Circuit Judge for the Ninth Circuit, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

to the courts.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(c), *Turner v. Cook*, 362 F.3d 1219, 1225 (9th Cir. 2004), and we affirm.

The district court properly granted defendants' motion for judgment on the pleadings on Segura's denial of access to courts claim because he failed to state any facts to establish that the alleged interference hindered his efforts to pursue a nonfrivolous legal claim.  *See Lewis v. Casey*, 518 U.S. 343, 351 (1996).

**AFFIRMED.**